**STATE of Missouri, Respondent,**

v.

**James R. WREN, Appellant.**

**No. WD 37844.**

Missouri Court of Appeals, Western District.

July 21, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1987.

Application to Transfer Denied Oct. 13, 1987.

Lloyd Koelker, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and TURNAGE and KENNEDY, JJ.

**ORDER**

PER CURIAM:

Appeal from jury conviction for second-degree murder, § 565.021, RSMo Supp. 1984, first-degree assault, § 565.050, RSMo

Supp.1984, and two counts of armed criminal action, § 571.015, RSMo 1978.

Judgment affirmed. Rule 30.25(b).